IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

SERMONS, FRANKYE M.                    CASE NO.: 02-71006TLH4
                                       CHAPTER 7

    Debtor(s).
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO U.S.C. § 347**

Trustee, William J. Miller, Jr., pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No: | Claimant Name/Address | Dividend |
|---|---|---|
| 2 | Sears<br>PO BOX 3671<br>DES MOINES, IA 50322 | $ 992.89 |

The checks mailed to these creditors at the above addresses on 4/29/2009, have neither been negotiated within the requested 90-day period nor returned to the Trustee by the postal service.

                                        /s/WILLIAM J. MILLER, JR.
                                        WILLIAM J. MILLER, JR.
                                        William J. Miller, Jr., PLC
                                        Post Office Box 37003
                                        Tallahassee, Florida 32315

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Unclaimed Funds has been furnished electronically or by regular U.S. Mail to the above-named creditor(s) and the Office of the U.S. Trustee, 110 East Park Avenue, Suite 128, Tallahassee, Florida, 32301 on the date this document was filed with the Court.  *Note: For verification of the date of service, please check the docket entry for this document.*

/s/WILLIAM J. MILLER, JR.
WILLIAM J. MILLER, JR.